LUNTZ CORPORATION, APPELLEE, *v.* INDUSTRIAL COMMISSION OF
OHIO ET AL., APPELLANTS.

[Cite as Luntz Corp. *v.* Indus. Comm. (1990), 53 Ohio St. 3d 1.]

(No. 90-694—Submitted June 19, 1990—Decided July 25, 1990.)

*Vorys, Sater, Seymour & Pease, Russell P. Herrold, Jr., Thomas M. Taggart* and *Robert N. Webner,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, and *Gerald H. Waterman,* for appellants.

This cause is reversed on authority of *Wean Incorporated* v. *Indus. Comm.* (1990), 52 Ohio St. 3d 266, 557 N.E. 2d 121.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.